IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MOLLIE KING, *et al.*, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANN PATLA, Director, Illinois Department of Public Aid, *et al.*,

Defendants.

---

ANITA ALVAREZ, State's Attorney of Cook County, THOMAS DART, Sheriff of Cook County, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, TIMOTHY EVANS, Chief Judge of the Cook County Circuit Court, and COOK COUNTY,

Third-Party Intervenors,

v.

FELICIA F. NORWOOD, Director of the Department of Healthcare and Family Services,

Defendant.

Docket No. 92 C 1564

Chicago, Illinois
July 13, 2016
9:10 a.m.

TRANSCRIPT OF PROCEEDINGS - Status
BEFORE THE HONORABLE THOMAS M. DURKIN

*(continued on next page)*

*(continued from previous page)*

APPEARANCES:

For the Plaintiffs: SARGENT SHRIVER NATIONAL CENTER ON POVERTY LAW by
MR. JOHN M. BOUMAN
50 E. Washington Street
Suite 500
Chicago, IL 60602

For Defendant Robert Wright: HONORABLE LISA MURRAY MADIGAN
ATTORNEY GENERAL STATE OF ILLINOIS by
MR. GARY S. CAPLAN
Assistant Attorney General
100 W. Randolph Street
13th Floor
Chicago, IL 60601

For the Third-Party Intervenors: HONORABLE ANITA M. ALVAREZ
COOK COUNTY STATE'S ATTORNEY by
MS. JILL V. FERRARA
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

Also Present: DR. SHEILA MANNIX

Court Reporter: LAURA R. RENKE, CSR, RDR, CRR
Official Court Reporter
219 S. Dearborn Street, Room 1432
Chicago, IL 60604
312.435.6053
laura_renke@ilnd.uscourts.gov

(In open court.)

THE CLERK: 92 C 1564, King v. Bradley.

THE COURT: Good morning.

DR. MANNIX: Good morning, your Honor. Where is everybody? Does anyone know?

THE COURT: I thought Mr. Bouman was going to be here. And I would prefer we do this with Mr. Bouman are present. So we'll pass the matter and see if he's going to be here.

DR. MANNIX: Okay. Great. Thank you.

THE COURT: Thank you.

(The Court attends to other matters.)

THE CLERK: 92 C 1564, King v. Bradley.

DR. MANNIX: Good morning, your Honor.

THE COURT: Good morning.

DR. MANNIX: Dr. Sheila Mannix, class member.

MR. BOUMAN: Good morning, your Honor. John Bouman representing plaintiffs.

MR. CAPLAN: Good morning. Gary Caplan for the defendants.

MS. FERRARA: Good morning, your Honor. Assistant State's Attorney Jill Ferrara.

THE COURT: Okay. You entered into an agreement, so the funding apparently is going to continue.

MR. BOUMAN: We think it's okay.

THE COURT: Yeah. The agencies, the State's

Attorney's Office, the other agencies that service this program are going to continue to get paid so that the program can go forward. There's not going to be -- apparently there's an agreement so that there's not, at least on its face, an issue relating to violation of the consent decree entered by Judge Lindberg many years ago.

MR. BOUMAN: We think and hope that's all resolved. We've got reporting --

THE COURT: Right.

MR. BOUMAN: -- for a year to hopefully track that. I don't know how you'd prefer to handle -- you know, we could set a status for the fall, or we could just leave it and, if a motion is appropriate, we can bring a motion.

THE COURT: I'd prefer to leave it. If there's a motion where you think that --

MR. BOUMAN: Sure.

THE COURT: -- there hasn't been compliance for some reason or failure to meet the reporting requirements, you can move to enforce or --

MR. BOUMAN: Right.

THE COURT: -- or simply set it up for a status, if need be, so we can talk about what the issues are.

MR. BOUMAN: Okay.

THE COURT: All right. Dr. Mannix has a filing she made relating to her belief that certain aspects of the consent

decree have not been fulfilled. I'd prefer to get a written response from you, Mr. Bouman, rather than argue it.

MR. BOUMAN: Yeah, and also I think we're not going to contest where Dr. Mannix says she lives. So if she's a Cook County resident, that's fine.

THE COURT: All right.

MR. BOUMAN: I think the other -- the other issues are probably more to the heart of the matter, whether it's -- the issues she's -- substantive issues she's raising are part of the case or not. And so if I can respond in 30 days to that material --

THE COURT: That's fine.

MR. BOUMAN: -- that would be great.

THE COURT: Give you a date.

THE CLERK: 30 days from today is going to be about -- how about August 12.

THE COURT: All right. And if -- Dr. Mannix, if you want to file a reply, you have 14 days after that to file.

DR. MANNIX: Yes. May I -- typically it's 14 or 21 days?

THE COURT: I'll give you 21 if you want, sure.

DR. MANNIX: Yes, please.

THE COURT: All right.

THE CLERK: September 2nd.

THE COURT: All right. And I'm not exactly sure the

relief that's being asked. I'll need to reread the papers. And I'd like you to focus on the relief she's --

DR. MANNIX: Excuse me --

THE COURT: -- asking for.

DR. MANNIX: -- please, your Honor.

THE COURT: Pardon me?

DR. MANNIX: I'm having trouble hearing you. I'm actually hard of hearing.

THE COURT: Oh.

DR. MANNIX: If you could talk a little slower and louder, I would appreciate it.

THE COURT: I will do both.

DR. MANNIX: Thank you, sir.

THE COURT: The relief that Dr. Mannix is requesting I'm not -- I'd like you to focus on that, Mr. Bouman.

MR. BOUMAN: Yes.

THE COURT: And whether or not -- in your response --

MR. BOUMAN: I will do that.

THE COURT: -- so I know what's at issue.

MR. BOUMAN: Yes.

THE COURT: And that's really what my biggest question is.

Okay. We have a briefing schedule set on that. So August 12th for a response by Mr. Bouman to the filing by Dr. Mannix and September 2nd for the reply.

Anything else we need to discuss today?

DR. MANNIX: Well, I wanted to clarify something for your Honor because I've had many meetings with federal --

THE COURT: If it's -- I don't want to cut you off, but I'm about to.

DR. MANNIX: Okay.

THE COURT: And the reason is -- not for me to be impolite -- I have a jury that's waiting, and I --

DR. MANNIX: Yes.

THE COURT: Call is going longer.

DR. MANNIX: The main thing I'm requesting is representation by Mr. Bouman.

THE COURT: That's in your request.

DR. MANNIX: In my original motion.

MR. BOUMAN: I'll be responding to that.

THE COURT: Yeah, please respond to that issue too.

DR. MANNIX: Okay. And I'll put everything that I've learned from all the federal officials I've spoken with, et cetera, into my reply. Then are we going to set it for a status and then go from there or --

THE COURT: Yeah, I'll set it for a status in October. I wasn't going to be -- on this issue.

MR. BOUMAN: Yes.

THE COURT: I'm not going to require the state agencies to be here. You can if you want, but this is really

between Mr. Bouman as an attorney for the class and Dr. Mannix.

DR. MANNIX: Yes.

THE COURT: And I'm not going to require appearance by the state agencies and the county agency.

MR. BOUMAN: We will of course copy counsel on everything.

THE COURT: Yeah.

DR. MANNIX: Yes.

THE COURT: Yeah, if they want to appear, they can, but they're not required to. So I'll give you a date in October.

MR. BOUMAN: Thank you.

DR. MANNIX: So --

THE CLERK: How is October 18th for everybody?

DR. MANNIX: It has to be that far out, sir?

THE COURT: Yes, it does because the -- for me to meaningfully read this and have any kind of reaction to it, given the other cases I have, it's going to take that much time.

DR. MANNIX: That's fine, sir. I'm going to be going forward with ongoing attempts to engage the U.S. Attorney's Office at the Federal Programs Branch in Washington, D.C., so that should give plenty of time to see what kind of response we might get from them --

THE COURT: Okay.

DR. MANNIX: -- in case Mr. Bouman would like to pass the baton.

MR. BOUMAN: October 18th is fine.

THE COURT: All right. We'll see you at that time.

MR. BOUMAN: Thank you.

THE COURT: Thank you.

DR. MANNIX: Thank you, sir.

MS. FERRARA: Thank you.

MR. CAPLAN: Thank you.

(Concluded at 9:29 a.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

*/s/ LAURA R. RENKE* *July 28, 2016*
LAURA R. RENKE, CSR, RDR, CRR
Official Court Reporter